# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br>ROBERT MIELL,<br><br>    Defendant. | No. CR 07-101-MWB<br><br>**ORDER** |

_____

This matter comes before the court pursuant to the prosecution's January 6, 2009, Motion For Ruling Regarding Defendant's Admissions During His Guilty Plea To Committing Mail Fraud To Obtain Insurance Proceeds (docket no. 107). The prosecution acknowledges, and the court finds, that this motion is obviated by the court's proposed Jury Instructions on the defendant's guilty plea on the "mail fraud" counts arising from the "insurance fraud scheme." Therefore, the prosecution's motion will be denied as moot. However, nothing in this ruling will preclude the prosecution from using the defendant's admissions during his guilty plea for cross-examination or impeachment, if the defendant testifies at the trial on the remaining "filing false tax returns" counts.

THEREFORE, the prosecution's January 6, 2009, Motion For Ruling Regarding Defendant's Admissions During His Guilty Plea To Committing Mail Fraud To Obtain Insurance Proceeds (docket no. 107) is **denied as moot**.

**IT IS SO ORDERED.**

**DATED** this 6th day of January, 2009.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. CR 07-101-MWB |
| vs. | **ORDER** |
| ROBERT MIELL, | |
| Defendant. | |

This matter comes before the court pursuant to the prosecution's January 6, 2009, Motion For Ruling Regarding Defendant's Admissions During His Guilty Plea To Committing Mail Fraud To Obtain Insurance Proceeds (docket no. 107). The prosecution acknowledges, and the court finds, that this motion is obviated by the court's proposed Jury Instructions on the defendant's guilty plea on the "mail fraud" counts arising from the "insurance fraud scheme." Therefore, the prosecution's motion will be denied as moot. However, nothing in this ruling will preclude the prosecution from using the defendant's admissions during his guilty plea for cross-examination or impeachment, if the defendant testifies at the trial on the remaining "filing false tax returns" counts.

THEREFORE, the prosecution's January 6, 2009, Motion For Ruling Regarding Defendant's Admissions During His Guilty Plea To Committing Mail Fraud To Obtain Insurance Proceeds (docket no. 107) is **denied as moot**.

**IT IS SO ORDERED.**

**DATED** this 6th day of January, 2009.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA