# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
**CEDAR RAPIDS   DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | **HEARING MINUTES**   Sealed:   No |
| Plaintiff(s) | Case No.:   1:07-CR-101 |
| vs. | Presiding Judge:   MARK W. BENNETT, District Judge |
| ROBERT MIELL | Deputy Clerk:   Paul Coberly |
| Defendant(s) | Court Reporter:   Sarah Dittmer   Contract?   Yes |
| | (If yes, send copy to financial) |
| | Recording:   Yes   Method:   FTR Gold |

| Date: | 9/27/2010 | Start: | 3:30 PM | Adjourn: | 3:47 PM | Courtroom: | 2, Building B |
|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | Telephonic? | No |

| Appearances: | Plaintiff(s): | Charles J. Williams |
|---|---|---|
| | Defendant(s): | Andrew J. Dunn (Defendant appears personally) |
| | U.S. Probation: | Todd Huss |
| | Interpreter: | Not required   Language: --   Certified: --   Phone - |

**TYPE OF PROCEEDING:**   IS THE HEARING   Contested?   **Yes**   Continued from a previous date?   Yes

**SENTENCING:**

| Objections to PSIR: | -- | Ruling: | -- |
|---|---|---|---|
| Motions to vary/depart: | -- | Ruling: | -- |
| Count(s) dismissed: | 21 | | |
| Sentence (See J & C): | 240 months on Counts 1 - 18; 60 months on Counts 19 and 20; 36 months on Counts 22 and 23; all to run concurrently with each other. | | |

| Fine: | $250,000.00 | Special assessment: | $2,200.00 |
|---|---|---|---|
| Supervised Release: | | | |
| Court's recommendations (if any): | BOP as close to Linn County commensurate with Defendant's security and custody classification. | | |
| Defendant is | detained | and shall report | to a designation designated by the BOP. |

**Witness/Exhibit List is**   --

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

**Miscellaneous:**   --